IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 15-68 |
| | )   (8 U.S.C. § 1326) |
| JOSE SAMUEL MEJIA-CHAVEZ | ) |
|   a/k/a Samuel Majia | ) |
|   a/k/a Jose Samuel Mejia-Campos | ) |
|   a/k/a Juan Samuel Mejia-Chavez | ) |

### INDICTMENT

#### COUNT ONE

The grand jury charges:

On or about March 4, 2015, in the Western District of Pennsylvania, the defendant, JOSE SAMUEL MEJIA-CHAVEZ, a/k/a Samuel Majia, Jose Samuel Mejia-Campos, and Juan Samuel Mejia-Chavez, an alien who, on or about October 2, 2006 and February 27, 2009, had been previously deported and removed from the United States pursuant to law, and having knowingly and unlawfully reentered the United States, was found in Allegheny County, Pennsylvania, without having applied for and received permission from either the Attorney General of the United States or, his successor, the Secretary of the Department of Homeland Security to reenter the United States, pursuant to the provisions of Title 6, United States Code, Sections 202(3) and (4) and Section 557.

In violation of Title 8, United States Code, Section 1326.

A True Bill,

_____
Foreperson

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524